# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUN 07 2022
TAMMY H. DOWNS, CLERK
By:_____ DEP CLERK

UNITED STATES OF AMERICA

VS.                                    NO. 4:22-CR-00117 - DPM

ANDREW NICHOLAS TYLER

01670-510

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

2022 MAY 17 AM 11:30  Received

TO THE CUSTODIAL AUTHORITY at the Pulaski County Jail, TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

    We command that you surrender the body of ANDREW NICHOLAS TYLER detained in the Pulaski County Jail, Little Rock, Arkansas in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on May 27, 2022 at 10:00 a.m. before the Honorable D. P. Marshall, Jr., after the proceedings have been concluded, that you return ANDREW NICHOLAS TYLER to Pulaski County Jail under safe and secure conduct.

    IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 17 May 2022.

_____
UNITED STATES MAGISTRATE JUDGE

A TRUE COPY I CERTIFY
TAMMY H. DOWNS, CLERK
By_____ D.C.

Same day Pu/Rt

| | |
|---|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: | |
| (NAME)_____ | |
| FROM _Pulaski_____ TO _court & back_____ | |
| ON THIS DATE _____ 5-27-22_____ | |
| DEPUTY SIGNATURE AND DISTRICT: | |
| _[signature]_____ | |

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: |
| (NAME)_____ |
| FROM _____ TO_____ |
| ON THIS DATE _____ |
| DEPUTY SIGNATURE AND DISTRICT: |
| _____ |

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: |
| (NAME)_____ |
| FROM _____ TO_____ |
| ON THIS DATE _____ |
| DEPUTY SIGNATURE AND DISTRICT: |
| _____ |

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: |
| (NAME)_____ |
| FROM _____ TO_____ |
| ON THIS DATE _____ |
| DEPUTY SIGNATURE AND DISTRICT: |
| _____ |

| |
|---|
| I HEREBY CERTIFY AND RETURN THAT I HAVE EXECUTED (IN PART) THE WITHIN WRIT BY DELIVERING THE SAID: |
| (NAME)_____ |
| FROM _____ TO_____ |
| ON THIS DATE _____ |
| DEPUTY SIGNATURE AND DISTRICT: |
| _____ |

ERING THE SAID: