IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS | ) | NO. 4:22CR-00117DPM |
| | ) | |
| ANDREW TYLER | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO PRESENTENCE REPORT

Comes now the Defendant, Andrew Tyler, hereinafter referred to as "Tyler," by and through his attorney, William O. "Bill" James, Jr. Within his Motion for Extension of Time to File Objections to Presentence Report, Tyler states the following:

1. The presentence report objections are due to be filed by August 4, 2022.

2. There remain some issues relevant to sentencing unresolved. Defense Counsel has made a good faith effort to resolve the issues prior to the deadline; the issues remain unresolved. Therefore, Defense Counsel would request an extension of time in which to file their objections to the presentence report.

**WHEREFORE**, Tyler prays that the Court grant him an extension of time in which to file objections to the presentence report and for all other just and proper relief.

    Respectfully submitted,
    William O. "Bill" James, Jr.
    Bar No. 94108
    Attorney for Defendant
    James Law Firm
    1001 La Harpe Blvd.
    Little Rock, AR 72201
    (501) 375-0900
    E-mail: wmjamesjr@aol.com